On respondent on review's petition for reconsideration filed August 9, 2000,* petition for reconsideration allowed; former opinion (330 Or 376, 8 P3d 200 (2000)) adhered to and case remanded to Court of Appeals for further consideration February 8, 2001

Arleen E. WADDILL,
*Petitioner on Review,*

*v.*

ANCHOR HOCKING, INC.,
a Delaware Corporation,
*Respondent on Review.*

(CC 9405-03390; CA A91012; SC S44770)

18 P3d 1096

Catherine M. Masters, Chicago, Illinois, filed the petition for reconsideration for respondent on review. With her on the petition were Robert H. Riley, Neil Lloyd, and Schiff Hardin & Waite, in association with Stephen S. Walters, of Stoel Rives, Portland.

Kathryn H. Clarke, Portland, filed the response for petitioner on review. With her on the response were Maureen Leonard and D. Lawrence Wobbrock, Portland.

Before Carson, Chief Justice, and Gillette, Durham, Kulongoski, Leeson, and Riggs, Justices.**

MEMORANDUM OPINION

The petition for reconsideration is allowed. This court's former opinion is adhered to. The case is remanded to the Court of Appeals to consider those assignments of error not considered previously by that court.

---

* 330 Or 376, 8 P3d 200 (2000); on review from the Court of Appeals, 149 Or App 464, 944 P2d 957 (1997).

** Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case. De Muniz, J., did not participate in the consideration or decision of this case.